GAYLE M. BLATT (122048)
JEREMY K. ROBINSON (188325)
**CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

MATTHEW RIGHETTI (121012)
**RIGHETTI GLUGOSKI, P.C**.
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA 94129
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com

*Attorneys for Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams*

*Attorneys for Plaintiff Amy Wynne*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY WYNNE, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, AUDI OF AMERICA, LLC, SANCTUS LLC, DBA SHIFT DIGITAL, SHIFT DIGITAL, LLC, VOLKSWAGEN GROUP OF AMERICA, INC., and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 4:21-cv-08518-DMR<br><br>**STIPULATION AND ORDER TO VACATE HEARINGS IN LIGHT OF UPCOMING MEDIATION** |
| IN RE: VOLKSWAGEN GROUP OF AMERICA, INC. DATA BREACH LITIGATION | Case No. 4:21-cv-09203-DMR |

Plaintiff Amy Wynne in *Wynne v. Audi of America, et al.*, Case No. 4:21-cv-08518-DMR (the "*Wynne* Action"), Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams in *In Re: Volkswagen Group of America, Inc. Data Breach Litig.*, Case No. 3:21-cv-09203-DMR (the "*In Re: Volkswagen* Action") (collectively, "Plaintiffs"), Defendants Audi of America, LLC, Sanctus LLC, DBA Shift Digital, and Volkswagen Group of America, Inc. (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on December 29, 2021, the Court related the *In Re: Volkswagen* Action to the *Wynne* Action (*In Re: Volkswagen*, ECF No. 56; Declaration of Rachele R. Byrd filed herewith ("Byrd Decl."), ¶ 3);

WHEREAS, the Initial Case Management Conference ("CMC") in the *In Re: Volkswagen* Action has been set for March 3, 2022 at 01:30 PM (*In Re: Volkswagen*, ECF No. 29; Byrd Decl., ¶ 4);

WHEREAS, the CMC in the *Wynne* Action has been set for June 22, 2022 at 01:30 PM (*Wynne*, ECF No. 27; Byrd Decl., ¶ 5);

WHEREAS, plaintiff Wynne filed a motion to remand on December 1, 2021, and Defendant Sanctus LLC, DBA Shift Digital filed an opposition on January 12, 2022. Plaintiff Wynne has not filed a reply to date as the extended due date for her reply is February 23, 2022. The hearing on the remand motion is scheduled for March 24, 2022, at 1:00 p.m. (ECF No. 44; Byrd Decl., ¶ 6);

WHEREAS, the Parties have met and conferred regarding potential early resolution and are scheduling a mediation with Hon. Wayne Andersen of JAMS for May 18, 2022 (*id.*, ¶ 7);

WHEREAS, to conserve the resources of the Parties and the Court, the Parties submit that the existing deadlines should be stayed until after the Parties' upcoming mediation (*id.*, ¶ 8);

WHEREAS, this stipulation is made without prejudice to any party, in good faith, and not for purposes of delay;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the hearing on the motion for remand in the *Wynne* Action and the Initial CMCs in the *Wynne* Action and in the *In Re: Volkswagen* Action shall be taken off calendar. The Parties shall jointly report

to the Court by June 13, 2022, as to the outcome of the mediation and recommend a schedule for either (1) any filings relating to a mediated settlement, *e.g.*, a consolidated complaint and/or a motion for preliminary approval of a settlement, or (2) for the completion of briefing and hearing on the *Wynne* motion to remand and the CMCs in these two related cases.

**IT IS SO STIPULATED.**

DATED:  February 23, 2022                                   **RIGHETTI GLUGOSKI, P.C**

                                                                           */s/ Matthew Righetti*
                                                                MATTHEW RIGHETTI

MATTHEW RIGHETTI (121012)
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA  94129
Telephone: (415) 983-0900
Facsimile:      (415) 397-9005
matt@righettilaw.com

*Attorneys for Plaintiff Amy Wynne*

DATED:  February 23, 2022                                   **WOLF HALDENSTEIN ADLER**
                                                                      **FREEMAN & HERZ LLP**

                                                                     */s/Rachele R. Byrd*
                                                                     RACHELE R. BYRD

RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, California 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

GAYLE M. BLATT (122048)
JEREMY K. ROBINSON (188325)
**CASEY GERRY SCHENK FRANCAVILLA**
  **BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**

|   |   |   |
|---|---|---|
| | | 865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 777-7777<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com |
| | | KAREN HANSON RIEBEL<br>KATE M. BAXTER-KAUF<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue S., Ste 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com |
| | | *Attorneys for Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams* |
| DATED: February 23, 2022 | | **WINSTON & STRAWN LLP** |
| | By: | */s/ Kevin Simpson*<br>KEVIN SIMPSON |
| | | SEAN G. WIEBER (admitted *pro hac vice*)<br>swieber@winston.com<br>KEVIN SIMPSON (admitted *pro hac vice*)<br>kpsimpson@winston.com<br>JAMES W. RANDALL (admitted *pro hac vice*)<br>jwrandall@winston.com<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 |
| | | SANDRA A. EDWARDS (154578)<br>DANA L. COOK-MILLIGAN (301340)<br>**WINSTON & STRAWN LLP**<br>101 California Street, 34th Floor<br>San Francisco, CA  94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>sedwards@winston.com<br>dlcook@winston.com |
| | | *Attorneys for Defendant*<br>*Sanctus LLC d/b/a Shift Digital* |
| DATED:  February 23, 2022 | | **SQUIRE PATTON BOGGS (US) LLP** |
| | | */s/ Colin R. Jennings*<br>COLIN R. JENNINGS |

<div style="column-layout">

COLIN ROBERT JENNINGS (*pro hac vice*)
KRISTIN L. BRYAN (*pro hac vice*)
**SQUIRE PATTON BOGGS (US) LLP**
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8420
Facsimile: 216-479-8780
colin.jennings@squirepb.com

MARISOL CORRAL MORK (265170)
555 S. Flower St., Ste. 3100
Los Angeles, CA 90071
Telephone: (213) 689-5137
marisol.mork@squirepb.com

JESSE L. TAYLOR (*pro hac vice*)
**SQUIRE PATTON BOGGS LLP**
2000 Huntington Center 41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2714
jesse.taylor@squirepb.com

*Attorneys for Defendants Volkswagen Group of America, Inc. and Audi of America LLC*

</div>

## ECF SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

DATED: February 23, 2022                     */s/ Rachele R. Byrd*
                                              RACHELE R. BYRD

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The hearing on the motion for remand in the *Wynne* Action and the Initial CMCs in the *Wynne* Action and in the *In Re: Volkswagen* Action shall be taken off calendar. The Parties shall jointly report to the Court by June 13, 2022, as to the outcome of the mediation and recommend a schedule for either (1) any filings relating to a mediated settlement, *e.g.*, a consolidated complaint and/or a motion for preliminary approval of a settlement, or (2) for the completion of briefing and hearing on the *Wynne* motion to remand and the CMCs in these two related cases.

Dated:  February 24, 2022



THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE