Gayle M. Blatt, SBN 122048
 gmb@cglaw.com
**CASEY GERRY SCHENK**
 **FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: 619.238.1811; Fax: 619.544.9232

*Attorneys for Plaintiffs*

*(Additional Counsel listed on next page.)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN GROUP OF AMERICA, INC. DATA INCIDENT LITIGATION | Case No. 4:21-CV-09203-DMR<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>HON. DONNA M. RYU |

P. Camille Guerra, SBN 326546
 *camille@cglaw.com*
Michael J. Morphew, SBN 304463
 *mmorphew@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA
 BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: 619.238.1811; Fax: 619.544.9232

Rachele R. Byrd, SBN 190634
 *byrd@whafh.com*
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: 619.239.4599; Fax: 619.234.4599

M. Anderson Berry, SBN 262879
 *aberry@justice4you.com*
**CLAYEO C. ARNOLD,
 A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: 916.777.7777; Fax: 916.924.1829

Karen Hansen Riebel
 *khriebel@locklaw.com*
Kate M. Baxter-Kauf
 *kmbaxter-kauf@locklaw.com*
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: 612.339.6900; Fax: 612.339.0981

*Attorneys for Plaintiffs*

Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(1)(A)(ii), Plaintiffs Ricardo Villalobos, Anthony Service, John Hajny, and Jeremy Adams (collectively, "Plaintiffs") hereby request dismissal of this action, without prejudice, and with the parties bearing their own attorneys' fees and costs.  The dismissal is requested so Plaintiffs may refile the action in California state court, as disclosed to the Court at the Case Management Conference on August 17, 2022, and request approval of the proposed settlement in that court.  By doing so, it will allow one court to consider the entire settlement in a single forum.

The putative class members will not be prejudiced by this dismissal.  Because Plaintiffs will promptly file a virtually identical class action in California state court for the purpose of settlement, the putative class members in this action will soon be putative class members in the state court action.  In California state court, as here, the putative class members will have an opportunity to participate in, object to or opt out of the settlement.

Nor will the putative class members be prejudiced in relation to the tolling of their claims and any statutes of limitations.  The earliest possible date the instant claims arguably accrued was 14 months ago, in June 2021, when Defendants Volkswagen Group of America, Inc. and Audi of America, LLC notified class members of the data incident.  Compl. ¶ 27.  The shortest statute of limitations of any of the claims asserted in the Consolidated Complaint is two years.  And the limitations periods for many of the other claims are far longer.  For example, the statutes of limitations for the statutory claims—CCPA, UCL, and DPPA—are all four years.  Thus, any putative class members who are relying on the existence of this class action to preserve their claims will have ample time after this dismissal to file individual actions if they so desire.

Further, depending on where such class members file their individual actions, they may benefit from equitable tolling doctrines similar to *American Pipe* and its progeny.  For instance, in New Jersey, where Defendants Volkswagen Group of America, Inc. and Audi of America, LLC are headquartered, "[a] long line of New Jersey cases have held that the filing of an action

1  in one forum will toll the statute of limitations during the pendency of that proceeding . . . ."
2  *Staub v. Eastman Kodak Co.*, 726 A.2d 955, 965 (N.J. Super. Ct. App. Div. 1999).

Dated: August 19, 2022                Respectfully submitted,

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

 */s/ Gayle M. Blatt*
Gayle M. Blatt

*Attorneys for Plaintiffs in In Re Volkswagen Group of America, Inc. Data Breach Litigation*